McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendants United States of America
and Department of Health and Human Services

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUSILLA LOWERY and STEVE LOWERY,<br><br>            Plaintiffs,<br><br>       v.<br><br>CLAYTON REINHARDT, D.O., SHASTA COMMUNITY HEALTH CENTER, DEPARTMENT OF HEALTH AND HUMAN SERVICES and UNITED STATES OF AMERICA,<br><br>            Defendants. | 2:07-cv-00880-RRB-DAD<br><br>**STIPULATED DISMISSAL OF DEFENDANT THE DEPARTMENT OF HEALTH AND HUMAN SERVICES AND ORDER THEREON**<br><br>Trial:      August 3, 2009 |

   Plaintiffs DRUSILLA AND STEVE LOWERY and DEFENDANTS THE UNITED STATES OF AMERICA, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, CLAYTON REINHARDT, D.O. and SHASTA COMMUNITY HEALTH CENTER, by and through their counsel of record, STIPULATE that the DEPARTMENT OF HEALTH AND HUMAN SERVICES is not a proper party to this action. Specifically, paragraph D of the parties' August 16, 2007 Joint Status report states, in its entirety:

   All parties stipulate to the dismissal of the Department of Health and Human Services
   since there is no circumstances in which it is a proper party to this action.  The parties do
   not anticipate any amendments to the pleadings.

1  (Joint Statement, Court Docket ("CD") #14, 3, 8-10, attached again hereto as Exhibit A, 3:8-10).

2  This stipulation was based on the fact that if a proper basis for the FTCA claim were
3  asserted, the United States would be the only appropriate party and not DHHS.  See Federal Tort
4  Claims Act ("FTCA"), 28 U.S.C. section 1346(b), 2671 *et seq.*  Moreover, absent the assertion of
5  a valid FTCA claim, DHHS is still not a proper party.  Accordingly, all parties agreed and
6  stipulated to the dismissal of the Department of Health and Human Services.  (CD #14, 3:8-10,
7  Ex. A; email dated December 16, 2007, Ex. B.)

8  The parties disagree on whether the federal district court has subject matter jurisdiction of
9  this action.  Specifically, the United States and the Department of Health and Human Services
10 ("DHHS") contend that the court lacks subject matter jurisdiction since the United States has not
11 waived its sovereign immunity for purposes of this action and the requirements of the Federally
12 Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233 and 42 C.F.R.§§ 6.1
13 through 6  have not been met.  Accordingly, jurisdiction has not been established.  The
14 stipulation for dismissal of defendant Department of Heath and Human Services does not impact
15 the parties' jurisdictional arguments.

16 The parties thus stipulated to the dismissal of Defendant the DEPARTMENT OF
17 HEATH AND HUMAN SERVICES.

19 Dated:   December 19, 2007                    /s/Kelli L. Taylor
                                                KELLI L. TAYLOR
20                                              Assistant U.S. Attorney
                                                Attorneys for Defendants
21                                              United States of America and Department of
                                                Health and Human Services

## **ORDER**

The Court has reviewed the parties stipulation and reasons stated by counsel for the stipulated dismissal of the Department of Health and Human Services. Based thereon, the court finds that good legal cause exists for the dismissal of Defendant THE DEPARTMENT OF HEALTH AND HUMAN SERVICES. The request and stipulation are therefore granted and the DEPARTMENT OF HEALTH AND HUMAN SERVICES is hereby dismissed as a Defendant from this action.

IT IS SO ORDERED.

December 20, 2007

/s/ Ralph R. Beistline

Honorable Judge Ralph R. Beistline
United States District Judge
for the Eastern District of California

C:\Documents and Settings\HVine\Desktop\07cv880.o.1220.wpd