McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendants United States of America
and Department of Health and Human Services

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUSILLA LOWERY and STEVE LOWERY,<br><br>            Plaintiffs,<br><br>      v.<br><br>CLAYTON REINHARDT, D.O., SHASTA COMMUNITY HEALTH CENTER, DEPARTMENT OF HEALTH AND HUMAN SERVICES and UNITED STATES OF AMERICA,<br><br>            Defendants. | 2:07-cv-00880-RRB-DAD<br><br>**STIPULATION FOR MOTION TO DISMISS TO BE MOVED TO FEBRUARY 20, 2008; ORDER**<br><br>Trial:      August 3, 2009 |

The parties, by and through their counsel of record, hereby STIPULATE that the hearing on the Motion to Dismiss or, alternatively, for Summary Judgment, that was filed by Defendants the United States of America and the Department of Health and Human Services, will be rescheduled from February 6, 2008 until February 20, 2008. Defendant Shasta filed a Motion to Certify pursuant to 28 U.S.C. section 2679(d)(3) and scheduled it for hearing on February 20h. All parties agree that for purposes of judicial economy the hearings should occur on the same date. The parties further stipulate and agree that the reply by the United States and Department of Health and Human Services, to the oppositions filed on the Motion to Dismiss/Motion for Summary Judgment, are extended to the new hearing date.

IT IS SO STIPULATED:

Dated: January _____, 2008

JEFFRIES GOODWIN
Goodwin Law Corporation
Attorneys for Plaintiffs

Dated: January 25, 2008

/s/Kelli L. Taylor
KELLI L. TAYLOR
Assistant U.S. Attorney
Attorneys for Defendants
United States of America and Department of
Health and Human Services

Dated: January 29, 2008

/s/ *Dennis McPherson*
DENNIS McPHERSON
Barry Ubaldi McPherson & Flesher
Attorneys for Defendant Shasta Community
Health Center

Dated: January 29, 2008

/s/ *Patrick Lanius*
PATRICK LANIUS
Law Offices of Patrick Lanius
Attorneys for Defendant Dr. Reinhardt

**ORDER**

The Court, having considered the parties' stipulated agreement, hereby finds that good cause exists to extends the hearing on the Motion to Dismiss or, alternatively, for Summary Judgment, filed by Defendants the United States of America and the Department of Health and Human Services, from February 6th until February 20th, 2008 at 10:00 a.m.. IT IS SO ORDERED:

Dated: January 29, 2008

/s/ Ralph R. Beistline
Honorable Ralph R. Beistline
Judge of the Superior Court of the
Eastern District of California